Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-420-401**
**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Abstract Garden Of Happiness

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 20, 2012
**Nation of 1st Publication:** Romania

## Author

- **Author:** Ana Maria Claudia Edulescu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Ana Maria Claudia Edulescu
Strada Sibiu, Nr. 4, Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6, Bucuresti, Romania

## Rights and Permissions

**Name:** Ana Maria Claudia Edulescu
**Email:** anamaria10pict@yahoo.com
**Address:** Strada Sibiu, Nr. 4
Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6
Bucuresti Romania

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-420-388**

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

    **Title of Work:** Cinque Terre Italy Manarola Colorful Houses

## Completion/Publication

    **Year of Completion:** 2012
    **Date of 1st Publication:** January 18, 2013
    **Nation of 1st Publication:** Romania

## Author

-     **Author:** Ana Maria Claudia Edulescu
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Romania

## Copyright Claimant

    **Copyright Claimant:** Ana Maria Claudia Edulescu
    Strada Sibiu, Nr. 4, Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6, Bucuresti, Romania

## Rights and Permissions

    **Name:** Ana Maria Claudia Edulescu
    **Email:** anamaria10pict@yahoo.com
    **Address:** Strada Sibiu, Nr. 4
    Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6
    Bucuresti  Romania

## Certification

    **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-398**

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
November 04, 2024

---

### Title

**Title of Work:** Abstract Colorful Wild Roses Modern Impressionist Palette Knife Oil Painting

### Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 29, 2016
**Nation of 1st Publication:** Romania

### Author

- **Author:** Ana Maria Claudia Edulescu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Romania

### Copyright Claimant

**Copyright Claimant:** Ana Maria Claudia Edulescu
Strada Sibiu, Nr. 4, Bl. Od2, Sc.E, Et 7, Ap. 173, Sector 6, Bucuresti, Romania

### Rights and Permissions

**Name:** Ana Maria Claudia Edulescu
**Email:** anamaria10pict@yahoo.com
**Address:** Strada Sibiu, Nr. 4
Bl. Od2, Sc.E, Et 7, Ap. 173, Sector 6
Bucuresti  Romania

### Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-409

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | ABSTRACT MEADOW MAGICAL LIGHT textural impasto palette knife oil painting flowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 07, 2021 |
| **Nation of 1st Publication:** | Romania |

## Author

| | |
|---|---|
| • **Author:** | Ana Maria Claudia Edulescu |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Romania |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ana Maria Claudia Edulescu |
| | Strada Sibiu, Nr. 4, Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6, Bucuresti, Romania |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ana Maria Claudia Edulescu |
| **Email:** | anamaria10pict@yahoo.com |
| **Address:** | Strada Sibiu, Nr. 4 |
| | Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6 |
| | Bucuresti Romania |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-396**

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Barcelona Sunrise - Guell Park - Gaudi Tower

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 05, 2014
**Nation of 1st Publication:** Romania

## Author

- **Author:** Ana Maria Claudia Edulescu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Romania

## Copyright Claimant

**Copyright Claimant:** Ana Maria Claudia Edulescu
Strada Sibiu, Nr. 4, Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6, Bucuresti, Romania

## Rights and Permissions

**Name:** Ana Maria Claudia Edulescu
**Email:** anamaria10pict@yahoo.com
**Address:** Strada Sibiu, Nr. 4
Bl. Od2,Sc.E, Et 7, Ap. 173, Sector 6
Bucuresti  Romania

## Certification

**Name:** David Denholm

Page 1 of 2

